UNITED STATES DISTRICT COURT
District OF NEW HAMPSHIRE

Richard L. Stebbins - Pro-Se.
            V.

Merrimack County Dept Correction, et al
Ronald White Superintentant.
"Cheif of Security" Capt. Hague (FNU)
Grievance Coordinator (FNU) Ms. Palelli

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2014 SEP 26   A 11:30

## Motion: For Writ of ~~Complaint~~

Now Comes Plantiff / Richard L. Stebbins - Pro-Se and Pursuant to the Applicable Rules of this Court moves as Follow's

① Plantiff IS Incarcerated at the Merrimack County House of Correction, For a Probation violation And Pre-trial on Other charges (misdemenor)

② Plantiff Recieved a Catalog From a Automotive vendor [JEGS Performance] on September 2, 2014, Plaintiff was Notified By Administation His Catalog was Being Put in Propety, For NO Reason [SEE] Rejected Material, PAGE, Enclosed.

③ Plaintiff Grived The Notice To Ms. Palelli (FNU) on The Notice And No Response For [2] week citing That she HAD To Contact Some One on The Issue.

①

④ Plaintiff, then wrote to Capt Haque (FNU) And He would Not Respond on this issue. So Plaintiff wrote to the County Attorney John Vinson. and tryed to seek Relief Through Him. [SEE] letter of Response [Exhibit B]

⑤ Plaintiff writes Back to Grivance Cooridinator several More Times, And Is Told To write Capt Haque Himself, To Get Answer, To No Avail.

## Syllabus

Stebbins/Plaintiff His Right to Information is Being Denied under The U.S. Constition 1st Amendment — The Right to Information, And Denying Access To Contest The Jail Policy on Inmates mail [SEE] Procunier V. Martinez (1974) 416 US 396 40 L.ED 2d 224, 94 S.Ct [Procunier Test] seeing How Does A Automotive Catalog Threaten to Security of The Facility. is main Question! Plaintiff Stebbins Also Cites mail, Catalogs And Bulk Rate Access. [SEE] Thornburgh V. Abbott 490 US. 401, 418 109 S.Ct 1874 104 L.ED 2d And Turner V. Safley 482 US 78 84 96 LED 2.d 64. 107 S.Ct 2254. And Laaman V. Helgemoe Morris V. Hall. Plaintiff Has Also wrote The Superintentant Ronald White, and the County Commisioners, on Relief For His mail [catalog] still with No Answers Except letter on September 26, From Ms. Palelli with a Inadequate Answer. [SEE] Exhibit C

Wherefore; Plantiff Stebbins Has Exhausted His required Remediedies under 42 U.S.C § 1997E. And Ask this Honorable Court, To Grant writ of The Petitioner.

And Have Jail Lift its Ignorant And Despicable Authority To Denie Petitioner or any other Inmate Access To Information [1st Amend] Catalogs From Vendors, Bulk Rate mail, And or any Other Relief Whitch may Be Just And Proper.

Respectfully<br>
Submitted<br>
<br>
*Richard L Stebbins* Pro-SE<br>
Richard L Stebbins<br>
MCDOC<br>
#314 DW Hwy<br>
Boscawen, N.H.<br>
03303

No Jury Please.

MERRIMACK COUNTY DEPARTMENT OF CORRECTIONS MAIL ROOM

Inmate Name **Richard Stebbins**  Unit/Cell **G**

Mail Room Personnel **Rear-AJM**  Date **9/2/14**

### Rejected Material

*In accordance with the policies & procedures of the Merrimack County Department of Corrections that govern Inmate's mail service, the enclosed correspondence is being **returned to sender** or placed in your **personal property** for the following reason(s) below:*

- o Writing/drawing on envelope
- o No complete return name/address
- o Newspaper, magazine, or internet print-offs or cut outs
- o Unused correspondence materials: postage stamps, envelopes, paper and/or cards
- o Publication from unauthorized vendor and/or hard cover books
- o Check, money order, or cash not accepted
- o Nude or semi nude, Polaroid, or matted pictures of children or adults
- o Does not meet criteria of privileged/legal mail
- o Contains contraband or unknown substances
- o Glued, taped, or stapled materials affixed to the correspondence material
- o Laminated item(s), cardboard, carbon paper, or map (s)
- o Stickers either attached to correspondence material or unused
- o Items larger than 8"X10"
- o Pictures larger than 4"X6"
- o Gang signs—security threat group affiliations
- o Contains evidence relating to a pending investigation
- o Material that would present a clear and present danger of physical or mental disturbance to a resident
- o Material pertaining to gambling
- o Depicts or describes procedures for construction or use of weaponry or explosives
- o Contains material that threatens physical harm, blackmail, or extortion
- o Unapproved Inmate to Inmate correspondence
- o 3rd party mail
- ☒ Other **Catalog GunJEGS.com**

Returned To: _____

*White-Inmate File    Yellow-Inmate*

MCDC FORM NO. – PROPERTY – 0009 (NOV 2009) – MAIL ROOM CONTRABAND NOTICE

Exhibit B



# COUNTY OF MERRIMACK
## DEPARTMENT OF CORRECTIONS
314 DANIEL WEBSTER HIGHWAY, BOSCAWEN NEW HAMPSHIRE 03303
TEL: 603-796-3600                FAX: 603-796-3681
www.merrimackcounty.net

---

COMMISSIONERS

PETER SPAULDING, Chairman, Hopkinton
BRONWYN ASPLUND-WALSH, Vice Chairman, Franklin
ELIZABETH BLANCHARD, Clerk, Penacook

RONALD R. WHITE
SUPERINTENDENT

LES S DOLECAL           LORI L SEOG
ASST SUPERINTENDENT     CHIEF, PROGRAMS & SERVICES

ROBERT R HAGUE          KARA S WYMAN
CHIEF, SAFETY & SECURITY    CHIEF OF OPERATIONS

September 11, 2014

Dear Mr. Stebbins:

You wrote me a letter dated September 3, 2014 expressing "dismay" over the fact that <u>JEGS Automotive parts catalogue</u> was not given to you but **put in your property**.

Mr. Stebbins, you have been at this jail many different times and you are well aware of the requirement to grieve issues at the lowest level and proceed through the chain of command. I am not in the chain of command. I will ask the Grievance Coordinator if this issue has been raised with her.

As an additional matter, I have reviewed your filings with the New Hampshire Federal District Court. You are currently "Medium" and have been for several months, although you wrote to the Court on or about August 25th and implied to the Magistrate Judge that you were classified as a minimum security inmate. Although the <u>jail management system indicated that you were minimum, your record indicated you were medium. See attached Classification Notice.</u>

Respectfully

John Vinson
Cc: M Palelli
     Processing

NOTE: Trying to cover corpution and acts against myself



# MERRIMACK COUNTY
# DEPARTMENT OF CORRECTIONS

To: Inmate Richard Stebbins

From: Grievance Coordinator Palelli

Date: September 24, 2014

---

Mr. Stebbins:

After a full review of your complaint regarding access to a Jegs catalog, the following determination was made. In accordance with the Department's Inmate Mail policy, you may submit a request to the Superintendent to place your catalog in the library or it will remain in your property and you may request to view it but it will not remain in your possession.

Thank you.

Ms. Palelli

To: Clerk of Court
U.S. District Court
Dist. N.H.
55 Pleasant St. Room 110
Concord, N.H. 03301-3941

14-fp-420

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2014 SEP 26 A 11: 30

Dear Clerk of Court,

Please File my writ of ~~~~ Complaint with the Honorable Court. I have been accept to File in Forma Pauperis Previously By Magistrate Judge Andrea K. Johnstone on another issue with the Court. Case 1:14 CV-00302-LM. Also Clerk could you please send me a copy of this writ

Thank you once again, in this matter

Sincerely
Richard Stebbins
MCDOC
314 DW Hwy
Boscawen, N.H.
03303